FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-84-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vio:  18 U.S.C. § 1343 |
| STEPHEN LAWRENCE MURPHY, | Wire Fraud |
| STEPHANIE BROCK MURPHY | (Counts 1-6) |
| (a/k/a "Stephanie Diane Brock"), | |
| Defendants. | 18 U.S.C. § 287 |
| | False, Fictitious, or Fraudulent |
| | Claims |
| | (Counts 7-9) |
| | |
| | 18 U.S.C. § 981 |
| | 28 U.S.C. § 2461 |
| | Forfeiture Allegations |

The Grand Jury charges:

## GENERAL ALLEGATIONS

1.     At all times relevant to this Indictment, the Defendants, STEPHEN

LAWRENCE MURPHY and STEPHANIE BROCK MURPHY (a/k/a "Stephanie

Diane Brock"), were residents of Davenport, Washington, within the Eastern

INDICTMENT – 1

District of Washington.

2. The Coronavirus Aid, Relief, and Economic Security Act ("CARES" Act) was a federal law enacted on March 27, 2020, designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic. One source of relief provided by the CARES Act was the authorization of forgivable loans to small businesses for job retention and other certain expenses, through a program referred to as the Paycheck Protection Program ("PPP").

3. In order to obtain a PPP loan, a qualifying business was required to submit a PPP loan application signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the PPP loan. In the PPP loan application, the applicant (through its authorized representative) was required to state, among other things: (a) its average monthly payroll expenses; and (b) its number of employees. If the applicant had no employees other than the owner, the applicant was required to provide the gross income amount from a 2019 or 2020 IRS Form 1040, Schedule C. These figures were used to calculate the amount of money the small business was eligible to receive under the PPP. Additionally, the applicant was required to certify that they were in operation as of February 15, 2020. The applicant was also required to certify that the information in the application was true and correct to the best of the applicant's knowledge.

4. A business's PPP loan application was received and processed, in the first instance, by a participating lender. If a PPP loan application was approved, the participating lender funded the PPP loan using its own monies. Data from the application, including information about the borrower, the total amount of the loan, the listed number of employees, and the gross income amount, was transmitted by the lender to the Small Business Administration ("SBA"), an agency of the United

INDICTMENT – 2

1  States, in the course of processing the loan.

2      5.    PPP applications are received in cloud-based platforms.  The location

3  of the server through which the PPP application is submitted is based on the date

4  the application was processed by the SBA and the application number.  During the

5  time period relevant to this Indictment, all PPP applications were received through

6  the Summit platform, a cloud-based platform utilizing the AWS GOV cloud

7  servers located in Oregon.  PPP lenders submitted disbursement details into the

8  SBA E-Tran system in Sterling, Virginia.  E-Tran transmitted the PPP processing

9  fee to the lender through the United States Treasury's Financial Management

10  System (FMS) to the Treasury.  The primary server for FMS is in Sterling,

11  Virginia.

12                          The Scheme

13      6.    The allegations in paragraphs 1 through 5 of this Indictment are

14  incorporated as though realleged herein.

15      7.    Beginning no later than on or about September 11, 2020, and

16  continuing through at least September 8, 2021, in the Eastern District of

17  Washington and elsewhere, Defendants STEPHEN LAWRENCE MURPHY and

18  STEPHANIE BROCK MURPHY devised and intended to devise a scheme to

19  defraud the SBA, and to obtain money and property by means of materially false

20  and fraudulent pretenses, representations, and promises.

21      8.    Specifically, Defendant STEPHANIE BROCK MURPHY applied for

22  and received two PPP loans, using false and fraudulent information about her

23  purportedly active company in her own name, that is, "Stephanie Murphy," a

24  purported wood products manufacturing company, with the intent to defraud, steal,

25  and convert the proceeds of the PPP Loans for Defendants' personal use and

26  without any intent to use the proceeds thereof for any authorized purpose, or any

27  intent to repay the PPP Loans.

28

INDICTMENT – 3

9.      Defendant STEPHEN LAWRENCE MURPHY applied for and received one PPP loan, using false and fraudulent information about his purportedly active business in his own name, that is, "Stephen Murphy," a purported landscaping services business, with the intent to defraud, steal, and convert the proceeds of the PPP Loans for Defendants' personal use and without any intent to use the proceeds thereof for any authorized purpose, or any intent to repay the PPP Loans.

<u>Manner and Means</u>

It was part of this scheme that:

<u>The Joint Capital One Checking and Savings Accounts</u>

10.     On or about September 11, 2020, Defendants STEPHANIE BROCK MURPHY and STEPHEN LAWRENCE MURPHY opened a joint checking account ending in 9587 at Capital One Bank, National Association, a federally-insured financial institution (the "Joint Capital One Checking Account").

11.     On or about March 1, 2021, Defendants STEPHANIE BROCK MURPHY and STEPHEN LAWRENCE MURPHY opened a performance savings account ending in 6375 at Capital One Bank, National Association, a federally-insured financial institution (the "Joint Capital One Savings Account").

12.     As part of the scheme, Defendants used the Joint Capital One Checking Account and the Joint Capital One Savings Account to receive, access, transfer, and obtain fraudulently-obtained funds received in the Eastern District of Washington by means of the fraudulent scheme.

<u>Paycheck Protection Program Loan No. 5015588605</u>

13.     On or about March 16, 2021, Defendant STEPHANIE BROCK MURPHY submitted an application for PPP loan number 5015588605 to the SBA under the name of her purported business in her own name, that is, "Stephanie Murphy." Defendant STEPHANIE BROCK MURPHY listed the business address as 44371 Miles Rd N., Davenport, Washington.

INDICTMENT – 4

1    14.    Defendant STEPHANIE BROCK MURPHY falsely and fraudulently

2  stated in the application for PPP loan number 5015588605 that her purported

3  business had been established on February 15, 2020, the exact last date by which a

4  business was required to have been in existence in order to qualify for PPP funds,

5  that it had one employee as of the date of the application, that its business was

6  manufacturing of wood products, and that its gross income for calendar year 2020

7  was $100,000. Defendant STEPHANIE BROCK MURPHY provided her Social

8  Security Number ("SSN") as the Employer Identification Number ("EIN") for the

9  purported business.  Defendant STEPHANIE BROCK MURPHY also submitted

10  an incomplete and fraudulent IRS Form 1040, Schedule C, in support of her

11  application, which falsely set forth her purported business' income to be $100,000.

12    15.    Based on the false information she provided, Defendant STEPHANIE

13  BROCK MURPHY requested a PPP loan for the business in the amount of

14  $20,833.  Defendant STEPHANIE BROCK MUPRHY provided the Joint Capital

15  One Checking Account as the business account of her purported company, and the

16  account into which to deposit the funds.

17    16.    Defendant STEPHANIE BROCK MURPHY certified that the

18  information in the application was true and correct to the best of her knowledge,

19  under penalty of perjury and of other criminal penalties for false information.

20    17.    These representations were materially false and fraudulent.

21  Defendant STEPHANIE BROCK MURPHY was not the owner of any active or

22  registered business as of February 15, 2020.  Neither the Washington Department

23  of Revenue nor the Washington Employment Security Department have any

24  record, and the State of Washington Department of Revenue had not issued any

25  business license for, any business owned by Defendant STEPHANIE BROCK

26  MURPHY as of February 15, 2020.  Accordingly, neither the purported wood

27  products manufacturing business nor Defendant STEPHANIE BROCK MURPHY

28  were eligible for any PPP funding.

INDICTMENT – 5

1      18.    PPP loan number 5015588605 was handled by Fountainhead SBF

2  LLC, a lending institution located in Lake Mary, Florida, on a delegated basis from

3  the SBA. Fountainhead SBF, LLC submitted disbursement details for this loan

4  into the SBA E-Tran system located in Sterling, Virginia.

5      19.    On or about March 31, 2021, as a result of the fraudulent scheme

6  described above, and the materially false and fraudulent information supplied by

7  Defendant STEPHANIE BROCK MURPHY, Fountainhead SBF, LLC disbursed

8  $20,833 in SBA PPP funding into the Joint Capital One Checking Account that

9  Defendants shared.

10      20.    On or about August 26, 2021, Defendant STEPHANIE BROCK

11  MURPHY falsely and fraudulently requested loan forgiveness of the entire PPP

12  loan amount by falsely representing that the PPP loan proceeds had been used for

13  eligible uses and business expenses for the purported business, including the false

14  representation that $17,~~400~~ 336 of the loan amount had been used for payroll expenses.

15                  Paycheck Protection Program Loan No. 1741018703

16      21.    On or about March 23, 2021, Defendant STEPHEN LAWRENCE

17  MURPHY submitted an application for PPP loan number 1741018703 to the SBA

18  in the name of his purportedly active company in his own name, that is, "Stephen

19  Murphy." Defendant STEPHEN LAWRENCE MURPHY listed the business

20  address as 44371 Miles Rd N, Davenport, Washington.

21      22.    Defendant STEPHEN LAWRENCE MURPHY falsely and

22  fraudulently stated in the application for PPP loan number 1741018703 that his

23  business had been established on January 1, 2018, had one employee as of the date

24  of the application, that it was a landscaping services business, that the business had

25  earned $100,000 in gross income in 2020, and that its average monthly payroll was

26  $8,333.33. Defendant STEPHEN LAWRENCE MURPHY provided his SSN as

27  the EIN for the purported landscaping business, and supplied a blank IRS Form

28  1040, Schedule C form with his application. Based on that information, Defendant

INDICTMENT – 6

1  STEPHEN LAWRENCE MURPHY requested a PPP loan for the business in the
2  amount of $20,833.

3       23.    Defendant STEPHEN LAWRENCE MURPHY certified that the
4  information in the application was true and correct to the best of his knowledge,
5  under penalty of perjury and of other criminal penalties for false information.

6       24.    These representations were materially false and fraudulent.
7  Defendant STEPHEN LAWRENCE MURPHY did not have an active or
8  registered landscaping services business as of February 15, 2020, meaning that
9  neither the purported business nor Defendant STEPHEN LAWRENCE MURPHY
10  were eligible for any PPP funding, nor did Defendant STEPHEN LAWRENCE
11  MURPHY have gross income of $100,000 for his fictitious purported landscaping
12  business. Additionally, neither the Washington Department of Revenue nor the
13  Washington Employment Security Department have any record of any business for
14  Defendant STEPHEN LAWRENCE MURPHY, and the State of Washington
15  Department of Revenue had not issued any business license for any business
16  owned by Defendant STEPHEN LAWRENCE MURPHY as of January 1, 2018, or
17  February 15, 2020. Accordingly, neither the purported landscaping services
18  business nor Defendant STEPHEN LAWRENCE MURPHY were eligible for any
19  PPP funding.

20       25.    PPP loan number 1741018703 was handled by Harvest Small
21  Business Finance, LLC, a lending institution located in Laguna Hills, California,
22  on a delegated basis from the SBA. Harvest Small Business Finance, LLC,
23  submitted disbursement details for this loan into the SBA E-Tran system located in
24  Sterling, Virginia.

25       26.    On or about April 14, 2021, as a result of the fraudulent scheme
26  described above, and the materially false and fraudulent information supplied by
27  Defendant STEPHEN LAWRENCE MURPHY, Harvest Small Business Finance,
28  LLC, disbursed $20,833 into Defendants' Joint Capital One Savings Account. At

INDICTMENT – 7

1   the time of the disbursement, the Joint Capital One Savings Account had a balance
2   of $0.00. On or about that same day, April 14, 2020, Defendants transferred
3   $20,000 of the fraudulently obtained funds to the Joint Capital One Checking
4   Account.

5       27.    On or about September 8, 2021, STEPHEN LAWRENCE MURPHY
6   falsely and fraudulently requested loan forgiveness of the entire PPP loan amount
7   by falsely representing that the PPP loan proceeds had been used for eligible uses
8   and expenses, including the false representation that $17,400 of the loan amount
9   had been used for payroll expenses.

10                  Paycheck Protection Program Loan No. 3419228806

11      28.    On or about April 12, 2021, Defendant STEPHANIE BROCK
12  MURPHY submitted an application for a Second Draw PPP under loan number
13  3419228806 to the SBA in the name of her purported wood products
14  manufacturing company. Defendant STEPHANIE BROCK MURPHY listed the
15  business address as 44371 Miles Rd N., Davenport, Washington.

16      29.    Defendant STEPHANIE BROCK MURPHY falsely and fraudulently
17  stated in the application for PPP loan number 3419228806 that her purported wood
18  products manufacturing company had been established on February 15, 2020, that
19  it had one employee as of the date of the application, that its gross income for
20  calendar year 2020 was $100,000, and that its average monthly payroll was
21  therefore $8,333.33. Defendant STEPHANIE BROCK MURPHY again provided
22  her SSN as the EIN for the business, and again also supplied a false, incomplete,
23  and fraudulent IRS Form 1040, Schedule C with her application stating that her
24  business' gross income for calendar year 2020 was $100,000. Based on that
25  information, Defendant STEPHANIE BROCK MURPHY requested a second draw
26  PPP loan for the business in the amount of $20,833 into the Joint Capital One
27  Checking Account, which Defendant STEPHANIE BROCK MURPHY set forth as
28  the business account.

INDICTMENT – 8

30.    Defendant STEPHANIE BROCK MURPHY certified that the information in the application was true and correct to the best of her knowledge, under penalty of perjury and of other criminal penalties for false information.

31.    These representations were materially false and fraudulent. As set forth above, Defendant STEPHANIE BROCK MURPHY did not have was not an active, registered, or existing wood products manufacturing business as of February 15, 2020, meaning that neither Defendant STEPHANIE BROCK MURPHY nor her purported wood products manufacturing business were eligible for any PPP funding, nor did Defendant STEPHANIE BROCK MURPHY's fictitious business have gross revenue of $100,000.

32.    PPP loan number 3419228806 was handled by Fountainhead SBF, LLC, a lending institution located in Lake Mary, Florida, on a delegated basis from the SBA. Fountainhead SBF, LLC, submitted disbursement details for this loan into the SBA E-Tran system located in Sterling, Virginia.

33.    On or about April 28, 2021, as a result of the fraudulent scheme described above, and the materially false and fraudulent information supplied by Defendant STEPHANIE BROCK MURPHY, Fountainhead SBF, LLC, disbursed $20,833 into the Joint Capital One Checking Account that Defendants shared.

34.    On or about August 26, 2021, STEPHANIE BROCK MURPHY falsely and fraudulently requested loan forgiveness of the entire PPP loan amount by falsely representing that the PPP loan proceeds had been used for eligible uses and expenses, including the false representation that $14,000 of the loan amount had been used for payroll expenses.

### Counts 1-6

35.    The allegations in paragraphs 1 through 34 of this Indictment are incorporated as though realleged herein.

36.    On or about each of the dates set forth below, in the Eastern District of Washington and elsewhere, Defendants STEPHEN LAWRENCE MURPHY

INDICTMENT – 9

and STEPHANIE BROCK MURPHY, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Description |
|---|---|---|
| 1 | March 16, 2021 | PPP Loan Application No. 5015588605, electronically submitted from the Eastern District of Washington to the SBA in Oregon. |
| 2 | March 31, 2021 | EFT payment of $20,833.00 for PPP Loan No. 5015588605 from Fountainhead SBF, LLC, in Lake Mary, Florida, to the Joint Capital One Checking Account located in the Eastern District of Washington. |
| 3 | March 23, 2021 | PPP Loan Application No. 1741018703, electronically submitted from the Eastern District of Washington to the SBA in Oregon. |
| 4 | April 14, 2021 | EFT payment of $20,833.00 for PPP Loan No. 17410187003 from Harvest Small Business Finance, LLC, in Laguna Hills, California, to the Joint Capital One Savings Account located in the Eastern District of Washington. |
| 5 | April 12, 2021 | PPP Second Draw Loan Application No. 3419228806, electronically submitted from the Eastern District of Washington to the SBA in Oregon. |
| 6 | April 28, 2021 | EFT payment of $20,833.00 for PPP Loan No. 3419228806 from Fountainhead SBF, LLC, in Lake Mary, Florida to the Joint Capital One Checking Account in the Eastern District of Washington. |

All in violation of 18 U.S.C. § 1343.

<u>Count 7-9</u>

37.    The allegations in paragraphs 1 through 36 of this Indictment are incorporated as though realleged herein.

38.    On or about each of the dates set forth below, in the Eastern District of Washington and elsewhere, Defendants made and presented to the United States

INDICTMENT – 10

Small Business Administration claims concerning PPP applications, knowing said claims were false and fraudulent, and knowing the information submitted was materially false and fraudulent, described below for each count, each transmission constituting a separate count:

| Count | Defendant | Date | Description |
|---|---|---|---|
| 7 | STEPHANIE BROCK MURPHY | March 16, 2021 | PPP application for PPP Loan No. 5015588605 on behalf of Defendant STEPHANIE BROCK MUPRHY's fictitious wood products manufacturing business for an PPP loan in the amount of $20,833.00. |
| 8 | STEPHEN LAWRENCE MURPHY | March 23, 2021 | PPP application for PPP Loan No. 1741018703 on behalf of Defendant STEPHEN LAWRENCE MURPHY's fictitious landscaping services business for an PPP loan in the amount of $20,833.00. |
| 9 | STEPHANIE BROCK MURPHY | April 12, 2021 | PPP application for PPP Loan No. 3419228806 on behalf of Defendant STEPHANIE BROCK MUPRHY's fictitious wood products manufacturing business for a second-draw PPP loan in the amount of $20,833.00. |

All in violation of 18 U.S.C. § 287.

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 1343 and 1344 as alleged in Counts 1 through 6 of this Indictment, Defendants STEPHEN LAWRENCE MURPHY and STEPHANIE BROCK MURPHY shall forfeit to the United States

INDICTMENT – 11

1  any property, real or personal, which constitutes or is derived from proceeds

2  traceable to the offense.  The property to be forfeited includes, but is not limited to,

3  the following:

4  <u>MONEY JUDGMENT</u>

5  A sum of money equal to $62,499.00 in United States currency,
6  representing the amount of proceeds obtained by Defendants,
   STEPHEN LAWRENCE MURPHY and STEPHANIE BROCK
7  MURPHY from the wire fraud violations.

8  If any of the property described above, as the result of any act or omission of

9  Defendants STEPHEN LAWRENCE MURPHY and STEPHANIE BROCK

10  MURPHY:

11  (a)    cannot be located upon the exercise of due diligence;

12  (b)    has been transferred or sold to, or deposited with, a third party;

13  (c)    has been placed beyond the jurisdiction of the court;

14  (d)    has been substantially diminished in value; or

15  (e)    has been commingled with other property which cannot be divided

16          without difficulty,

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

INDICTMENT – 12


1  The United States shall be entitled to forfeiture of substitute property pursuant to 21
2  U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.
3  § 2461(c).

4
5       DATED this 19th day of July, 2022.
6
7
8
9
10
11
12  Vanessa R. Waldref
    United States Attorney
13
14
15  Dan Fruchter
    Assistant United States Attorney
16
17
18  Tyler H.L. Tornabene
    Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

INDICTMENT – 13