# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

| | |
|---|---|
| USA v. STEPHEN LAWRENCE MURPHY | Case No. 2:22-CR-0084-TOR-1 |

**Initial Appearance and Arraignment on Indictment:** 07/27/2022

- ☒ Melissa Orosco, Courtroom Deputy
- ☒ Patrick J. Dennis, US Probation / Pretrial Services Officer
- ☒ Defendant present ☒ in custody USM
- ☒ Tyler Tornabene, US Atty
- ☒ Rob Seines, Defense Atty
- ☒ Interpreter **NOT REQUIRED**

---

- ☐ USA Motion for Detention
- ☒ USA not seeking detention
- ☒ Financial Affidavit (CJA 23) filed
- ☐ The Court will appoint the Federal Defenders
- ☒ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney
- ☐ PRE-Trial Services Report ordered
- ☒ Rights given
- ☒ Acknowledgment of Rights filed
- ☒ Defendant received copy of Indictment
- ☒ Defendant waived reading of Indictment
- ☐ Indictment read in open court
- ☐ POST Pre-Trial Services Report ordered
- ☒ AO199c Advice of Penalties & Sanctions filed

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is STEPHEN LAWRENCE MURPHY.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered as to all counts.

Based on information contained in the Financial Affidavit, the Court appointed counsel from the CJA Panel, Rob Seines, to represent Defendant in this matter.

Government is not seeking detention.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
2. Discovery to be provided according to Local Rules on discovery.
3. Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana
- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer

---

Digital Recording/S-740    Time: 1:40 p.m. – 1:58 p.m.    Page 1

- Reside at residence approved by Pretrial Services and notify Pretrial Services within 24 hours of any change in address, phone number or employment
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- Remain in Eastern District of Washington while case is pending unless receive permission in advance to travel outside of district
- Maintain or actively seek employment
- Avoid all contact, direct or indirect, with any witness or victim in case, with exception of wife; however, they may not discuss the case
- Substance abuse evaluation and follow any treatment recommendations, as directed by Pretrial Services
- Submit to random UA/BA/sweat patch testing as directed by Pretrial Services, or other method as directed by Pretrial Services
- May not obstruct or attempt to obstruct or tamper with substance abuse testing
- Notify Pretrial Services within 24 hours of any change in address, phone number or employment

**Detention Hearing:**
*NA; USA not seeking detention.*